IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CURTIS ANDREW BARRINGER, JR.,** | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| | : | |
| **CAROLYN W. COLVIN, Commissioner of Social Security,** | : | NO. 12-7163 |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**ORDER**

     **AND NOW**, this ____ day of October, 2013, after careful consideration of Plaintiff's Request for Review, Defendant's Response, the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, Defendant's Objections, and Plaintiff's Response, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. This case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can: (a) explicitly consider Plaintiff's Global Assessment of Functioning ("GAF") scores of 35 and 42 and reconsider whether he should regard Plaintiff's mental functioning as being more consistent with a GAF of 40 than a GAF of 55; and (b) include Plaintiff's moderate limitation in concentration, persistence or pace in the residual functional capacity assessment in any hypothetical questioned posed to the Vocational Expert.

                                                          **BY THE COURT:**

                                                          **/s/ Petrese B. Tucker**

                                                          _____

                                                          **Hon. Petrese B. Tucker, C. J.**